# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CARLOS DEROMANO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-01380-ACA-JHE |
| JEFFERSON COUNTY SHERIFF'S DEPARTMENT, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM OPINION**

When mail sent to Plaintiff Carlos DeRomano was returned to the court marked "Return to Sender" and "Not Incarcerated Here" (doc. 12), Mr. DeRomano was ordered to provide the court with his current address, and to notify the court whether he wished to continue prosecuting this action, both within fourteen days (doc. 13).

After Mr. DeRomano failed to respond to that order, the magistrate judge entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 14). The magistrate judge advised Mr. DeRomano of his right to file objections to the report and recommendation and of the consequences of failing to object. (*Id.* at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. The court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this December 3, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE